UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-04261-AH-(MAAx) | Date | October 31, 2025 |
| Title | Colton Bryant v. Chong Kim et al. | | |

Present: The Honorable    Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

On August 6, 2025, the Court ordered Plaintiff to show cause in writing on or before September 26, 2025, why this action should not be dismissed for failure to prosecute. Dkt. No. 13. On August 21, 2025, Plaintiff filed Proof of Service on Defendant Chong Ki Kim, as trustee of the Kim family trust ("Kim"),[1] and the Court discharged the show cause order. Dkt. Nos. 14, 15. The Court reminded Plaintiff that "Plaintiff shall be expected to comply with all rules and orders of the Court." Dkt. No. 15.

On September 4, 2025, Plaintiff filed a Request for Entry of Default as to Kim. Dkt. No. 16. The Clerk entered default on September 17, 2025. Dkt. No. 17. Thereafter, the parties stipulated to set aside the entry of default and "agreed that 30 days is a reasonable and sufficient time within which to file Defendant's responsive pleading and/or dismiss the entire action with prejudice." Dkt. No. 18.

---

[1] Kim is the only named Defendant.

On September 22, 2025, the Court set aside the entry of default and ordered Defendant to file and serve Defendant's responsive pleadings within thirty (30) days.

More than thirty days have passed since that Order was entered, and no responsive pleading has been filed.  Therefore, Plaintiff is ordered to show cause in writing, no later than **fourteen (14) days** from the entry of this Order, why this action should not be dismissed for lack of prosecution.  As an alternative to a written response by Plaintiff, the Court will consider the filing of one of the following as an appropriate response to this Order to Show Cause, on or before the above date, as evidence that the matter is being prosecuted diligently:

- Response to the Complaint by Kim; or
- An application for entry of default pursuant to Federal Rule of Civil Procedure 55(a).

Alternatively, Plaintiff may voluntarily dismiss the action as indicated in the stipulation.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  Fed. R. Civ. P. 78(b); L.R. 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the **dismissal** of this action without further warning.

**IT IS SO ORDERED.**